WARGA and wife, Appellants, vs. WISCONSIN ICE & COAL COMPANY, Respondent.

For the appellants: *Cannon & Fox,* attorneys, and *John L. Newman* of counsel, all of Milwaukee.

For the respondent: *Thomas E. Torphy,* attorney, and *Chester W. Wilson* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

REVELS, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Alexander Wiley* of Chippewa Falls.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents City of Bloomer and Hartford Accident & Indemnity Company: *Richmond, Jackman, Wilke & Toebaas* and *L. E. Hart,* attorneys, all of Madison, and *Sexton, Mordaunt, Kennedy & Carroll* and *Robert J. Tyrrell* of counsel, all of Minneapolis, Minnesota.

*By the Court.*—Judgment affirmed.

WILLE, Appellant, vs. KAHL, Respondent.

For the appellant: *J. J. McManamy* of Madison.

For the respondent: *Christianson & Roick* of Madison.

*By the Court.*—Judgment affirmed.